SUCCESSION OF ELROSE RICHARD
VIDRINE

NO. 23-CA-15

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

_____
December 29, 2023
_____
Susan Buchholz
Chief Deputy Clerk

---

## ON APPLICATION FOR REHEARING

---

Panel composed of Fredericka Homberg Wicker,
Marc E. Johnson, and John J. Molaison, Jr.

**<u>DENIED WITHOUT REASONS</u>**

> **JJM**
> **MEJ**

**<u>WOULD GRANT FOR REASONS STATED IN THE DISSENT ATTACHED TO
THIS COURT'S OPINION</u>**

> **FHW**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Susan S. Buchholz
Chief Deputy, Clerk of Court

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **12/29/2023** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**23-CA-15**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Hon. Lee V. Faulkner, Jr. (District Judge)
Daniel R. Martiny (Appellant)

### MAILED

James B. Mullaly (Appellant)
Attorney at Law
131 Airline Drive
Suite 201
Metairie, LA 70001

Robert Angelle (Appellee)
Attorney at Law
3231 North I-10 Service Road West
Suite 210
Metairie, LA 70002